IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | : | Civil No. 1:25CV1172 |
| v. | : | |
| 33 FIREARMS AND ASSOCIATED AMMUNITION,<br>Defendants. | : | |

**<u>VERIFIED COMPLAINT OF FORFEITURE *IN REM*</u>**

Plaintiff, the United States of America, by and through Dan Bishop, United States Attorney for the Middle District of North Carolina, respectfully states as follows:

1. This is a civil action *in rem* brought to enforce the provisions of 18 U.S.C. § 924(d) for the forfeiture of the defendant properties which were involved in or used in knowing violations of 18 U.S.C. § 922(a)(6) and/or 18 U.S.C. § 922(g)(4).

2. The defendant properties are an assortment of 33 firearms and associated ammunition more particularly described on Schedule 1 attached hereto. The defendant properties were seized on or about March 5, 2025, from the residence of Lonnie Vogt in Kernersville, North Carolina. The defendant properties were seized while located within the jurisdiction of this Court and are currently in the custody of the Bureau of Alcohol, Tobacco, Firearms, and Explosives.

3. Plaintiff brings this action *in rem* in its own right to forfeit and condemn the

defendant properties. This Court has jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, and over an action for forfeiture under 28 U.S.C. § 1355(a).

4. Venue is proper in this district pursuant to 28 U.S.C. §§ 1355(b) and 1395, because the defendant properties were seized while located within the jurisdiction of this Court, and one or more of the acts giving rise to forfeiture occurred in this district.

5. Upon the filing of this complaint, Plaintiff requests that the Court issue an arrest warrant *in rem* pursuant to Supplemental Rule G(3)(b), which Plaintiff will execute upon the defendant properties pursuant to 28 U.S.C. § 1355(d) and Supplemental Rule G(3)(c).

6. The facts and circumstances supporting the seizure and forfeiture of the defendant properties are contained in Exhibit A, attached hereto and wholly incorporated herein by reference.

WHEREFORE, the United States of America prays that process of a Warrant for Arrest and Notice *In Rem* be issued for the arrest of the defendant properties; that due notice be given to all parties to appear and show cause why the forfeiture should not be decreed; that judgment be entered declaring the defendant properties be forfeited to the United States of America for disposition according to law; and that the United States of America be granted such other relief as this Court may deem just and proper, together with the costs and disbursements of this action.

This the 19th day of December, 2025.

Respectfully submitted,

DAN BISHOP
United States Attorney

*/s/* Lynne P. Klauer
Lynne P. Klauer
NCSB #13815
Assistant U.S. Attorney
Middle District of North Carolina
101 S. Edgeworth Street, 4th Floor
Greensboro, NC 27401
(336) 333-5351
Email: lynne.klauer@usdoj.gov

SCHEDULE 1 – DEFENDANT FIREARMS AND AMMUNITION

1. Armscor of the Philippines (ACP) Rock Island Armory, XTM-22 (M1911-A1 FS 22XT), .22 caliber pistol, serial number XTM012365;
2. Smith & Wesson, M2.0 shield pistol, .380 caliber, serial number RJW9970, including 8 rounds of ammunition located therein;
3. Ruger, Super Wrangler revolver, .22 caliber, serial number 20938413;
4. Taurus, G3C pistol, .40 caliber, serial number AED321078, including 8 rounds of ammunition located therein;
5. Taurus, TX22C compact pistol, .22 caliber, serial number 1TJ021971, including 14 rounds of ammunition located therein;
6. Keltec, P17 pistol, .22 caliber, serial number 24G7S30;
7. Ruger, EC9S pistol, .9 caliber, serial number 463-29676;
8. Taurus, G2C pistol, .9 caliber, serial number AEG465948;
9. Smith & Wesson, SD9VE pistol, .9 caliber, serial number FYM9785;
10. Keltec, PF9 pistol, .9 caliber, serial number S9B40;
11. SCCY, CPX-1 pistol, .9 caliber, serial number C463358, including 10 rounds of ammunition located therein;
12. Sig Sauer, P320 pistol, .9 caliber, serial number 581410006;
13. Taurus, PT-22 pistol, .22 caliber, serial number Y104564, including 8 rounds of ammunition located therein;

14. Gforce Arms (Radikal), MKX3 shotgun, .12 caliber, serial number 24ASS-7670;

15. Anderson Manufacturing AM-15 rifle, multi-caliber, serial number 24109727;

16. PSA, PA-15 rifle, multi-caliber, serial number SCNL208069;

17. Keltec, Sub 2000 rifle, serial number 24F0Y09;

18. Keltec, Sub 2000 rifle, .9 caliber, serial number 24EAF78;

19. PSA, Dagger Compact pistol, .9 caliber, unknown serial number;

20. Keltec, PMR-30 pistol, .22 caliber, serial number WW9G72, including 30 rounds of ammunition located therein;

21. Bersa, Thunder 380 pistol, .380 caliber, serial number 079181;

22. SARSILMAZ, SAR 9 pistol, .9 caliber, serial number T1102-21BV53466;

23. Smith & Wesson, 39-2 pistol, .9 caliber, serial number A277215;

24. Canik (Century Arms), TP9SA pistol, .9 caliber, serial number T6472-20AP03903;

25. Smith & Wesson, M&P 9 Shield pistol, .9 caliber, serial number HYW3514;

26. Smith & Wesson, M&P Bodyguard pistol, .380 caliber, serial number KEF6872, including 5 rounds of ammunition located therein;

27. Savage Arms rifle, .22 caliber, serial number B265787;

28. DPMS, LR-308 rifle, serial number 99047;

29. Hatfield, SAS, 12-gauge shotgun, serial number 12A16-118296;

30. Hatfield, SAS, 28-gauge shotgun, serial number 28A22-000682;

31. CBC, 715T rifle, .22 caliber, serial number EKD3223563;

32. Savage Arms rifle, 22-gauge, serial number 3988861; and

33. Smith & Wesson M&P, FPC rifle, .9 caliber, serial number VA90051.

## VERIFICATION

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury under the laws of the United States of America, that the contents of the foregoing Verified Complaint of Forfeiture are true and correct to the best of my knowledge, information and belief.

TREVOR MAYES Digitally signed by TREVOR MAYES
Date: 2025.12.19 15:47:31 -05'00'

Trevor Mayes
Special Agent
ATF