IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>33 FIREARMS AND ASSOCIATED AMMUNITION,<br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil No. 1:25CV1172 |

# APPLICATION FOR WARRANT FOR ARREST

Plaintiff, the United States of America, by and through Dan Bishop, United States Attorney for the Middle District of North Carolina, hereby applies to the Court for issuance of a Warrant for Arrest and Notice *In Rem* for the defendant properties, and in support of its application, the United States will show:

1. As is shown by the Declaration of Trevor Mayes, Special Agent, filed in support of the Verified Complaint of Forfeiture and attached thereto as Exhibit A, there is probable cause to believe that the defendant properties described as 33 Firearms and Associated Ammunition, seized on or about March 5, 2025, from the residence of Lonnie Vogt, were involved in or used in violations of 18 U.S.C. § 922(a)(6) and/or 18 U.S.C. § 922(g)(4) and are therefore subject to forfeiture pursuant to 18 U.S.C. § 924(d).

2. The United States has filed a Verified Complaint of Forfeiture *In Rem* seeking forfeiture of the defendant properties pursuant to 18 U.S.C. § 924(d).

3. The United States District Court has the authority to issue this Warrant for Arrest of the defendant properties pursuant to Rule G of the Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions, and 21 U.S.C. § 881(b).

WHEREFORE, the United States of America prays that due process be issued to enforce the forfeiture and to give notice to the interested parties to appear and show cause why forfeiture should not be decreed.

This the 19th day of December, 2025.

Respectfully submitted,

DAN BISHOP
United States Attorney

/s/ Lynne P. Klauer
Lynne P. Klauer
NCSB #13815
Assistant U.S. Attorney
Middle District of North Carolina
101 S. Edgeworth Street, 4th Floor
Greensboro, NC 27401
(336) 333-5351
Email: lynne.klauer@usdoj.gov