IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>33 FIREARMS AND ASSOCIATED AMMUNITION,<br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil No. 1:25CV1172 |

**NOTICE OF SETTLEMENT**

NOW COMES the United States of America, by and through its attorney, Dan Bishop, United States Attorney for the Middle District of North Carolina, and advises the Court that the Claims of Hannah N. Griffin fka Hannah Burnette and Lonnie Vogt have been settled by mutual agreement of the parties, as set forth in the attached Settlement Agreement executed by Plaintiff and Claimants.

This the 15th day of April, 2026.

Respectfully submitted,

DAN BISHOP
United States Attorney

/s/ Lynne P. Klauer
Lynne P. Klauer
Assistant United States Attorney
NCSB #13815
101 S. Edgeworth Street, 4th Floor
Greensboro, NC 27401
Phone: (336) 333-5351
Email: lynne.klauer@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2026, the foregoing Notice of Settlement was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: [None]

I hereby certify that the document was mailed to the following non-CM/ECF participant:

Lonnie Vogt
330 Mountain View Dr.
Kernersville, NC 27284

Hannah Griffin
330 Mountain View Dr.
Kernersville, NC 27284

DAN BISHOP
United States Attorney

/s/ Lynne P. Klauer
Lynne P. Klauer
Assistant United States Attorney
NCSB #13815
101 S. Edgeworth Street, 4th Floor
Greensboro, NC 27401
Phone: (336) 333-5351
Email: lynne.klauer@usdoj.gov