IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>33 FIREARMS AND ASSOCIATED AMMUNITION,<br>Defendants. | : Civil No. 1:25CV1172 |

**SETTLEMENT AGREEMENT**

It is hereby stipulated by and between plaintiff, the United States of America ("Plaintiff"), and Hannah N. Griffin (fka Hannah Burnette) and Lonnie Vogt ("Claimants"), as follows:

1. The parties do hereby agree to settle and compromise the above-entitled action upon the terms indicated below.

2. Claimants hereby agree and consent to the forfeiture of all firearms and ammunition listed in Table 1 attached hereto and acknowledge that these items are subject to forfeiture pursuant to 18 U.S.C. § 924(d), as alleged in the Verified Complaint of Forfeiture filed in this case.

3. Following entry of a final decree and judgment forfeiting the property listed in Table 1, the United States will release the firearms and ammunition identified in Table 2 attached hereto to Claimant Griffin.

4. The firearms and ammunition listed in Table 2 will be released to Claimant Griffin at a location specified by Plaintiff following the entry of a Decree and Judgment of

Forfeiture. Claimant Griffin will be responsible for picking up and transporting the released items at her own expense. Claimant Griffin agrees to execute further documents, as necessary, to implement the terms of this Settlement.

5. Claimant Vogt specifically agrees that the firearms and ammunition listed in Table 2 may be released and returned to Claimant Griffin. Nothing contained in this Settlement Agreement, nor any release of firearms and ammunition to Claimant Griffin, shall be construed as conferring upon Claimant Vogt or any other person any waiver of the prohibitions of 18 U.S.C. § 922(g) upon the shipment, transport, possession, or receipt of firearms or ammunition, or any other applicable provision of federal law.

6. Claimant Vogt further consents and agrees that the following firearms seized from his residence on or about March 5, 2025, but not included in this action, may be released and returned to the original purchaser (OP) of the firearm as reflected in records of the Bureau of Alcohol, Tobacco, Firearms, and Explosives:

a. Tisas, PX-9 Gen 3, .9 mm, serial number T062023DC02252 (OP Cristina Griffin); and

b. Tokarev, TAR 20, 20 gauge, serial number 52-H24YD-004461 (OP Hannah Burnette).

7. Except as provided herein, each party shall bear their own costs and expenses, including attorney fees, relating to this action.

8. Claimants hereby release and forever discharge the United States of America, its officers, agents, servants, employees, heirs, successors, or assigns, from any and all actions, causes of action, suits, proceedings, debts, dues, contracts, judgments, damages,

claims, and/or demands whatsoever in law or equity which Claimants, their heirs, successors, or assigns ever had, now have, or may have in the future in connection with the seizure, detention, and forfeiture of the defendant properties and the firearms described in paragraph 6 above.

9. Claimants further agree to hold and save the United States of America, their servants, employees, heirs, successors, or assigns harmless from any claims by any others, including costs and expenses for or on account of any and all lawsuits, claims, complaints, or other actions, of any character whatsoever, in connection with the seizure, detention, and forfeiture of the defendant properties.

10. Claimants hereby warrant and represent that this Settlement Agreement has been completely read, fully understood, and voluntarily accepted following opportunity for review by legal counsel of their choice.

11. Claimants shall not oppose Plaintiff's Motion for a Certificate of Reasonable Cause, filed pursuant to 28 U.S.C. § 2465.

12. Any Petition for Remission or Mitigation filed on behalf of either Claimant is hereby withdrawn.

13. Claimants hereby acknowledge receipt of process of the Verified Complaint of Forfeiture, Warrant for Arrest, and Legal Notice in the above-captioned action and waive any defects in service.

14. For purposes of construction, this Settlement Agreement shall be deemed to have been drafted by the Parties and shall not, therefore, be construed against any party for that reason in any subsequent dispute.

15. This written settlement constitutes the entire agreement between the Parties and supersedes and replaces all prior negotiations and agreements, whether written or oral.

16. No modification of this agreement is effective unless in writing and signed by the Parties.

[SIGNATURES ON NEXT PAGE]

This the 14th day of April, 2026.

DAN BISHOP
U.S. ATTORNEY

Lynne P. Klauer

Lynne P. Klauer
Assistant United States Attorney
NCSB #13815
101 S. Edgeworth Street, 4th Floor
Greensboro, NC 27401
(336) 333-5351
Email: lynne.klauer@usdoj.gov

**Hannah N. Griffin, Claimant**

Signature: Hannah Griffin
Date: 04/12/2026

Witness:

Signature: Dawn Hunley
Print Name: DAWN Hunley
Address: 328 Mountain View Dr
Kernersville, NC 27284

**Lonnie Vogt, Claimant**

Signature: Lonnie Vogt
Date: 04-12-26

Witness:

Signature: Sebastian N Griffin
Print Name: Sabastian N Griffin
Address: 451 Rickard drive
winston-Salem 27101

**UNITED STATES v. 33 FIREARMS AND ASSORTED AMMUNITION, 1:25cv1172 - Attachment to Settlement Agreement**

**TABLE 1 - Firearms and ammunition to be forfeited**

| | Make | Model | Serial # | Caliber | Ammunition in Firearm |
|---|---|---|---|---|---|
| 25-ATF-008508 | Armscor of the Phillipines (ACP) (Rock Island Armory) | XTM-22 (M1911-A1 FS 22XT) | XTM012365 | 22 | none |
| 25-ATF-008510 | S&W | M2.0 Shield | RJW9970 | 380 | 8 rounds |
| 25-ATF-008511 | Ruger | Super Wrangler | 20938413 | 22 | none |
| 25-ATF-008512 | Taurus | G3C | AED321078 | 40 | 8 rounds |
| 25-ATF-008515 | Taurus | TX22C | 1TJ021971 | 22 | 14 rounds |
| 25-ATF-008517 | Keltec | P17 | 24G7S30 | 22 | none |
| 25-ATF-008519 | Ruger | EC9S | [illegible] | [illegible] | none |
| 25-ATF-008520 | Taurus | G2C | AEG465948 | 9 | none |
| 25-ATF-008521 | S&W | SD9VE | FYM9785 | 9 | none |
| 25-ATF-008522 | Keltec | PF9 | S9B40 | 9 | none |
| 25-ATF-008525 | SCCY | CPX-1 | C463358 | 9 | 10 rounds |
| 25-ATF-008526 | Sig Sauer | P320 | 581410006 | 9 | None |
| 25-ATF-008527 | Taurus | PT-22 | Y104564 | 22 | 8 rounds |
| 25-ATF-008542 | Gforce Arms (Radikal) | MKX3 | 24ASS-7670 | 12 | none |
| 25-ATF-008543 | Anderson | AM-15 | 24109727 | multi cal | none |
| 25-ATF-008551 | PSA | PA-15 | SCNL208069 | multi cal | none |
| 25-ATF-008552 | Keltec | Sub 2000 | 24F0Y09 | 57 | none |
| 25-ATF-008553 | Keltec | Sub 2000 | 24EAF78 | 9 | none |
| 25-ATF-008548 | PSA | Dagger Compact | none, glued light | 9 | none |

**TABLE 2 - Firearms and ammunition to be released to Burnette**

| | Make | Model | Serial # | Caliber | Ammunition in Firearm |
|---|---|---|---|---|---|
| 25-ATF-008509 | Keltec | PMR-30 | WW9G72 | 22 | 30 rounds |
| 25-ATF-008513 | Bersa | Thunder 380 | 079181 | 380 | none |
| 25-ATF-008514 | SARSILMAZ | SAR 9 | T1102-21BV53466 | 9 | none |
| 25-ATF-008516 | S&W | 39-2 | A277215 | 9 | none |
| 25-ATF-008518 | Canik (Century Arms) | TP9SA | T6472-20AP03903 | 9 | none |
| 25-ATF-008523 | S&W | M&P 9 Shield | HYW3514 | 9 | none |
| 25-ATF-008524 | S&W | M&P Body guard | KEF6872 | 380 | 5 rounds |
| 25-ATF-008529 | Savage Arms | 234 | B265787 | 22 | none |
| 25-ATF-008530 | DPMS | LR-308 | 99047 | 308 | none |
| 25-ATF-008532 | Hatfield | SAS | 12A16-118296 | 12 gauge | none |
| 25-ATF-008533 | Hatfield | SAS | 28A22-000682 | 28 gauge | none |
| 25-ATF-008545 | CBC | 715T | EKD3223563 | 22 | none |
| 25-ATF-008546 | Savage | 64 | 3988861 | 22 gauge | none |
| 25-ATF-008550 | M&P | FPC | VA90051 | 9 | none |