IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>33 FIREARMS AND ASSOCIATED AMMUNITION,<br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil No. 1:25CV1172 |

**AFFIDAVIT OF SERVICE**

The undersigned, being first duly sworn, deposes and says:

1. That she is an employee in the Office of the United States Attorney for the Middle District of North Carolina and is a person of such age and discretion as to be competent to serve process.

2. That a Verified Complaint of Forfeiture was filed by the United States of America to recover personal property on December 19, 2025. A Warrant for Arrest was entered on December 29, 2025.

3. That on March 3, 2026, copies of the Verified Complaint of Forfeiture, Warrant for Arrest, and Legal Notice were deposited in the United States Mail for mailing by regular mail and certified mail, return receipt requested, to the following: Lonnie Vogt, 330 Mountain View Dr., Kernersville, NC 27284.

4. That the United States Postal Service delivery confirmation and tracking data from its online website (www.usps.com), 7019 0700 0000 9049 4444, showing said documents were delivered on March 9, 2026, and is attached hereto and made a part of this Affidavit.

5. Accordingly, the United States of America has sent direct notice of this action by means reasonably calculated to reach Lonnie Vogt, pursuant to Rule G(4)(b).

This the 16th day of April, 2026.

DAN BISHOP
United States Attorney

Lynne P. Klauer
Assistant United States Attorney

SWORN TO AND SUBSCRIBED before me,
this the 16th day of April, 2026.

Notary Public

LAURIE B LOCHNER
Notary Public
Randolph County, NC
My Commission Expires 10/22/28

My Commission Expires: Oct. 22, 2028

ALERT: IMPACTS FROM SUPER TYPHOON SINLAKU IN THE MARIANA ISLANDS MAY DELAY F...

# USPS Tracking®

FAQs >

Tracking Number:

Remove ✕

## 70190700000090494444

Copy Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 12:11 pm on March 9, 2026 in KERNERSVILLE, NC 27284.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

Feedback

### Delivered

**Delivered, Left with Individual**

KERNERSVILLE, NC 27284
March 9, 2026, 12:11 pm

**See All Tracking History**

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

**See Less**

Track Another Package

UNITED STATES POSTAL SERVICE

GREENSBORO NC 270

9 MAR 2026 PM 5 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

INSPECTED

United States Attorney's Office
Attn: Asset Forfeiture (LL)
101 S. Edgeworth St., 4th Floor
Greensboro, NC 27401

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Lonnie Vogt
330 Mountain View Dr.
Kernersville, NC 27284

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature ☐ Agent ☐ Addressee

X

B. Received by ( *Printed Name)* C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number
*(Transfer from se*
7019 0700 0000 9049 4444

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540