IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>33 FIREARMS AND ASSOCIATED ASSOCIATED,<br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil No. 1:25CV1172 |

**DECLARATION IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT**

1. I am an Assistant United States Attorney and represent Plaintiff, United States of America, in this action.

2. A Verified Complaint of Forfeiture against the defendant property was filed on December 19, 2025. Doc. #1. A Warrant for Arrest was entered on December 29, 2025. Doc. #3.

3. Pursuant to the Legal Notice, all persons interested in the defendant property were required to file their claims with the Clerk of the Court within thirty-five (35) days after direct notice of the Complaint was sent; or if notice was published but direct notice was not sent to the claimant or the claimant's attorney, a claim must be filed no later than thirty (30) days after final publication of newspaper notice or legal notice or no later than sixty (60) days after the first day of publication on an official internet government forfeiture site. Doc. #3. The Legal Notice also directs that any person having filed such a claim shall also file an answer to the complaint within twenty-one (21) days after the filing of their claim. Id.

4. The United States Marshals Service posted the defendant property on June 2, 2026. Doc. #21. Notice of said forfeiture action and arrest was published from February 24, 2026, through March 25, 2026, on an official government internet site (www.forfeiture.gov). Doc. #22.

5. On March 6, 2026, Christopher McGee was served via certified mail with copies of the Verified Complaint of Forfeiture, Warrant for Arrest, and Legal Notice. Doc. #5.

6. On March 6, 2026, James Meeker was served via certified mail with copies of the Verified Complaint of Forfeiture, Warrant for Arrest, and Legal Notice. Doc. #6.

7. On February 28, 2026, Jimmy Waddell was served via certified mail with copies of the Verified Complaint of Forfeiture, Warrant for Arrest and Legal Notice. Doc. #7.

8. On February 28, 2026, Hannah Burnette was served via certified mail with copies of the Verified Complaint of Forfeiture, Warrant for Arrest, and Legal Notice. Doc. #8.

9. On February 28, 2026, Thomas Dietz was served via certified mail with copies of the Verified Complaint of Forfeiture, Warrant for Arrest, and Legal Notice. Doc. #9.

10. On February 27, 2026, Archie Peterson was served via certified mail with copies of the Verified Complaint of Forfeiture, Warrant for Arrest, and Legal Notice. Doc. #10.

11. On February 27, 2026, Robert Donitzen was served via certified mail with copies of the Verified Complaint of Forfeiture, Warrant for Arrest, and Legal Notice. Doc. #11.

12. On February 27, 2026, Craig Reel was served via certified mail with copies of the Verified Complaint of Forfeiture, Warrant for Arrest, and Legal Notice. Doc. #12.

13. On February 27, 2026, Michael D. Fox was served via certified mail with copies of the Verified Complaint of Forfeiture, Warrant for Arrest, and Legal Notice. Doc. #13.

14. On February 27, 2026, Jeremy Alan Temares was served via certified mail with copies of the Verified Complaint of Forfeiture, Warrant for Arrest, and Legal Notice. Doc. #14.

15. On February 26, 2026, Bradley Anderson was served via certified mail with copies of the Verified Complaint of Forfeiture, Warrant for Arrest, and Legal Notice. Doc. #15.

16. On March 3, 2026, Shannon Brooks was served via certified mail with copies of the Verified Complaint of Forfeiture, Warrant for Arrest, and Legal Notice. Doc. #16.

17. On March 9, 2026, Lonnie Vogt was served via certified mail with copies of the Verified Complaint of Forfeiture, Warrant for Arrest, and Legal Notice. Doc. #17.

18. On February 28, 2026, Frank Zoellinger was served via certified mail with copies of the Verified Complaint of Forfeiture, Warrant for Arrest, and Legal Notice. Doc. #18.

19. On February 27, 2026, Charles Cooke was served via certified mail with copies of the Verified Complaint of Forfeiture, Warrant for Arrest, and Legal Notice. Doc. #19.

20. On or about February 24, 2026, Ronald Cockerham was served via regular mail with copies of the Verified Complaint of Forfeiture, Warrant for Arrest, and Legal Notice. Doc. #20.

21. On April 15, 2026, a Notice of Settlement with Hannah N. Griffin a/k/a Hannah Burnette and Lonnie Vogt was filed. In the Settlement Agreement, Hannah N. Griffin a/k/a Hannah Burnette and Lonnie Vogt acknowledged receipt of process of the Verified Complaint of Forfeiture, Warrant for Arrest, and Legal Notice in the above-captioned action, and waived any defects in service. Doc. #4.

22. All persons and entities, except Hannah N. Griffin a/k/a Hannah Burnette and Lonnie Vogt have failed to file a claim or answer or otherwise respond within the time permitted by Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

23. Declarant knows of no reason why a default against all persons and entities having any interest in the defendant property, except Hannah N. Griffin a/k/a Hannah Burnette and Lonnie Vogt, should not now be entered.

I declare under penalty of perjury that the foregoing is true and correct.

This the 5th day of June, 2026.

Respectfully submitted,

DAN BISHOP
U.S. ATTORNEY

/s/ Lynne P. Klauer
Lynne P. Klauer
Assistant U.S. Attorney
NCSB # 13815
101 S. Edgeworth Street, 4th Floor
Greensboro, NC 27401
(336)333-5351
Email: lynne.klauer@usdoj.gov