IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | : Civil No. 1:25CV1172<br>: |
| | : |
| v. | : |
| | : |
| 33 FIREARMS AND ASSOCIATED,<br>AMMUNITION,<br>Defendants. | :<br>:<br>: |

**MOTION FOR CERTIFICATE OF REASONABLE CAUSE**

Plaintiff, United States of America, by and through Dan Bishop, United States Attorney for the Middle District of North Carolina, hereby moves the Court, pursuant to 28 U.S.C. § 2465, for the issuance of a Certificate of Reasonable Cause. In support of this Motion, Plaintiff provides the following:

1. Plaintiff filed a Verified Complaint of Forfeiture In Rem in this case.

2. Title 28, United States Code, Section 2465, provides, in pertinent part,

> if it appears that there was reasonable cause for the seizure or arrest, the court shall cause a proper certificate thereof to be entered and, in such case, neither the person who made the seizure or arrest nor the prosecutor shall be liable to suit or judgment on account of such suit or prosecution, nor shall the claimant be entitled to costs…

3. It is Department of Justice policy to seek a Certificate of Reasonable Cause in all appropriate cases to avoid the prospect of future litigation.

4. Based on the Declaration of Special Agent Trevor Mayes of the Alcohol, Tobacco, Firearms, and Explosives, attached to the Complaint herein as Exhibit A, and other matters of record, Plaintiff, United States of America, respectfully requests that a Certificate of Reasonable Cause be issued.

5. A proposed Order is attached.

This the 11th day of June, 2026.

Respectfully submitted,

DAN BISHOP
U.S. ATTORNEY

/s/ Lynne P. Klauer
Lynne P. Klauer
Assistant U.S. Attorney
NCSB # 13815
101 S. Edgeworth Street, 4th Floor
Greensboro, NC 27401
(336)333-5351
lynne.klauer@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2026, the foregoing Motion for Certificate of Reasonable Cause was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: [None]

And I hereby certify that the document, including all attachments thereto, was mailed to the following non-CM/ECF participant(s):

Christopher McGee
819 N. Peace Haven Rd.
Winston-Salem, NC 27104

James Meeker
7001 Belford Rd.
Summerfield, NC 27358

Jimmy Waddell
470 Wedgewood Dr.
Woodruff, SC 29388

Hannah Burnette a/k/a Hannah Griffin
451 Rickard Dr.
Winston-Salem, NC 27101

Thomas Dietz
1 Michael Lane
Bear, DE 19701-2051

Archie Peterson
5400 Willow Ridge Dr.
Summerfield, NC 27358

Robert Donitzen
1103 Thayer Rd.
Trinity, NC 27370

Craig Reel
186 Crestview Dr.
Mocksville, NC 27028

Michael D. Fox
430 Kelly Renee Lane
Siler City, NC 27344

Jeremy Alan Temares
1671 McGhees Mill Rd.
Roxboro, NC 27574

Bradley Anderson
101 Tynecastle Ct.
Greensboro, NC 27455

Shannon Brooks
6149 Garden City Rd.
Crestview, FL 32539

Lonnie Vogt
330 Mountain View Dr.
Kernersville, NC 27284

Frank Zoellinger
5427 Edenfield Dr.
Kernersville, NC 27284

Charles Cooke
6135 Habersham Dr.
Kernersville, NC 27284

Ronald Cockerham
144 Walnut Dr.
Mt. Airy, NC 27030

/s/ Lynne P. Klauer
Lynne P. Klauer
Assistant U.S. Attorney